Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR06-5528FDB |
| Plaintiff, ) | |
| ) | ORDER |
| ) | GRANTING STIPULATED |
| v. ) | MOTION TO CONTINUE |
| ) | PRETRIAL MOTIONS |
| TIGRA J.A. ROBERTSON, ) | DEADLINE |
| ALEX M BLUM, ) | |
| ) | |
| Defendants. ) | |

Upon the stipulation of the parties to continue the pretrial motions deadline in the above-captioned case, and based upon the facts set forth in the parties' motion, the Court finds that such a continuance is appropriate and

IT IS HEREBY ORDERED that the pretrial motions deadline be continued to

//

//

//

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
(Blum, et al., CR 06-5528FDB) - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1  December 29, 2006.

2      DATED this 3rd day of January, 2007.

3

4

5

6

7

8                      HON. FRANKLIN D. BURGESS
9                      United States District Judge

10

11  Presented by:

12

13

14  s/ Michael Dion
    MICHAEL DION
15  Assistant United States Attorney

16

17  s/ Jill Otake
    JILL OTAKE
18  Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
(Blum, et al., CR 06-5528FDB) - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800