Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR06-5528FDB |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| v. ) | |
| ) | |
| ALEX M. BLUM, et al, ) | |
| ) | |
| Defendants. ) | |

Upon the stipulation of the parties to continue the pretrial motions deadline in the above-captioned case, and based upon the facts set forth in the parties' motion, the Court finds that such a continuance is appropriate and

//
//
//

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
(Blum, et al., CR06-5528FDB) - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1   IT IS HEREBY ORDERED that the pretrial motions deadline be continued to
2   February 16, 2007.
3   DATED this 12th day of February, 2007.

HON. FRANKLIN D. BURGESS
United States District Judge

Presented by:

s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

s/ Jill Otake
JILL OTAKE
Assistant United States Attorney

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
(Blum, et al., CR06-5528FDB) - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800